ALBANY,
August, 1807.

Adams
v.
Bayles.

The court will not order a cause to be referred when it is made to appear that questions of law will arise in the cause.

Adams *against* Bayles.

FOOT, for the defendant, moved that this cause be referred, on the usual affidavit, that it would require the examination of a long account.

*Johnson*, contra, read an affidavit, stating that questions of law would arise in the cause; and cited *Lowe* v. *Hallet*, (3 *Caines*, 82.) (*a*.)

*Per Curiam*, The motion must be denied.

Rule refused.

Franklin and others *against* Underhill.

The affidavit of a defendant to change the venue, must be positive that the cause of action arose in another county; if he swears to his belief it is not sufficient. If the plaintiff stipulate to give material evidence in the county where the venue is laid, he may retain it.

Z. R. SHEPHERD, for the defendant, moved to change the *venue* in this cause from the city and county of *New-York* to the county of *Washington*. He read an affidavit of the defendant, stating that the cause of action arose in the county of *Washington*, and not elsewhere, *as he verily believed;* that six witnesses, material for him, resided in that county, and as many as ten material witnesses resided in *Vermont*, two hundred miles nearer the county of *Washington* than the city of *New-York*.

*Johnson*, contra, read an affidavit, stating that the action was for money had and received by the defendant, as agent for the plaintiffs, in the sale of land; that the contract or agreement between the parties was made in the city of *New-York*, where all the conversations between the parties were held; that the cause of action arose in that place, and not elsewhere; and that two ma-

(*a*) Where a motion to refer a cause is repelled by an affidavit, that questions of law will arise, such affidavit must state what the points of law are, to enable the court to judge of the propriety of granting or refusing the application. Salisbury v. Scot, 6 John. Rep. 329. Where a question of law arises before referees, which is brought before the supreme court, and decided, they will order a special entry on the record, so as to present the same question to the court of errors. Gould v. Ogden, 6 Cowen, 52.